UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO I. MIRANDA<br><br>                    Plaintiff,<br><br>v.<br><br>RAYMOND MADDEN, et al.<br><br>                    Defendants. | Case No.:  19cv1605-LAB (RBM)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING LEAVE TO AMEND** |

  Defendants filed a motion to dismiss (Docket no. 15), and Plaintiff filed a motion for leave to amend. (Docket no. 22.)  Both motions were referred to Magistrate Judge Ruth Montenegro for report and recommendation. On April 28, Judge Montenegro issued her report and recommendation (the "R&R"), which recommended granting both motions. Objections were due May 12, but none have been filed.

  A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b).  "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." *Id*.  "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). This section does not require some lesser review

by the district court when no objections are filed. *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

The Court **ADOPTS** the R&R. The motion to dismiss the first amended complaint is **GRANTED IN PART**, as set forth in the R&R. Plaintiff's motion for leave to file a second amended complaint is **GRANTED**.

The Clerk is directed to send Plaintiff a blank Civil Rights Act (42 U.S.C. § 1983) form complaint. No later than **June 21, 2021**, Plaintiff may file his second amended complaint using this blank form complaint. The second amended complaint must allege any and all claims against Defendants in one pleading, without reference to any of the earlier complaints. *See* Civil Local Rule 15.1. The second amended complaint must correct the defects that have been pointed out to him.

If Plaintiff fails to correct defects that have been pointed out to him, the Court may conclude that he cannot successfully amend. If he fails to amend within the time permitted, this action may be dismissed without further notice to him.

**IT IS SO ORDERED**.

Dated: May 24, 2021

*Larry A. Burns*
Honorable Larry Alan Burns
United States District Judge